NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1324

MAXWELL TECHNOLOGIES, INC.,

Plaintiff-Appellee,

v.

NESSCAP, INC. and NESSCAP CO., LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the Southern District of California in case no. 06-CV-2311, Judge John A. Houston.

## ORDER

The court notes that the parties have not filed a status report since December 31, 2008.

In the December 31 status report, NessCap, Inc. et al. (NessCap) stated that they believed that a settlement agreement would be finalized "within the next several weeks." The court requests that NessCap and Maxwell Technologies, Inc. provide an update concerning the status of settlement efforts.

Upon consideration thereof,

IT IS ORDERED THAT:

NessCap and Maxwell are directed to file a status report within 14 days of the date of the date of filing of this order and every 30 days thereafter.

FEB 2 5 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     David C. Doyle, Esq.
        George W. Neuner, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2009

JAN HORBALY
CLERK